IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LINDA SMITH, as appointed Personal Representative for JANE DOE, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERMOUNTAIN HEALTHCARE, INC.; and SELECTHEALTH, INC.,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case No. 2:19-cv-00670-DBB-JCB<br><br>District Judge David Barlow |

IT IS ORDERED AND ADJUDGED:

That Defendants' Motion to Dismiss is granted in part. This action is dismissed without prejudice. Each party shall bear its own costs, expenses, and attorney fees. The Clerk of Court is directed to close this case.

Signed September 14, 2020.

BY THE COURT

_____
David Barlow
United States District Judge